**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| DONALD CARLOS SEOANE,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD TRUMP, ET AL.,<br><br>Defendants. | CV 26-124-M-WWM<br><br>ORDER |

Plaintiff Donald Carlos Seoane lodged a 42 U.S.C. § 1983 Complaint related to his current detention in Kissimmee, Florida. (Doc. 1). Mr. Seoane's claims are more appropriate for a petition for a writ of habeas corpus, and this Court does not have jurisdiction over his claims. The Complaint will be dismissed.

Mr. Seoane's Complaint is entirely related to what he characterizes as wrongful detention or incarceration in Florida. (Doc. 1 at 3 - 6). He contends that he has been held illegally for three years, awaiting trial.

"Habeas is the exclusive vehicle for claims brought by state prisoners that fall within the core of habeas, and such claims may not be brought in a § 1983 action." *Nettles v. Grounds*, 830 F.3d 922, 927 (9th Cir. 2016). A prisoner in state custody cannot use a § 1983 action to challenge "the fact or duration of his confinement" and must seek federal habeas corpus relief (or appropriate state relief) instead. *Wilkinson v. Dotson*, 544 U.S. 74, 78 (2005). Mr. Seoane's

Complaint will be dismissed. His remedy is most likely a petition for a writ of habeas corpus in Florida state court.

Accordingly,

**IT IS HEREBY ORDERED**:

The Clerk of Court is directed to close this case without filing Mr. Seoane's Complaint.

DATED this 1st day of September, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE